# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 98** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | |
| **DEMOCRATIC NATIONAL COMMITTEE,** *d/b/a Democratic National Convention Committee*, et al., | : | No. 17-1703 |
| *Defendants*. | : | |

# **ORDER**

**AND NOW**, this 19th day of January, 2018, upon consideration of the News Organizations' Motion to Dismiss (Doc. No. 22) and the Democratic National Convention Committee's Motion to Dismiss (Doc. No. 25) it is **hereby ORDERED** that the Motions to Dismiss (Docs. No. 22 & 25) are **DENIED**.

Parties shall conduct limited discovery of the underlying agreements among all parties and submit motions for summary judgment no later than April 6, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE